IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OCTAVIAN D. REEVES, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:18-cv-00029 |
| | ) Judge Trauger |
| SCOTT SCHUCH, | ) |
| Defendant. | ) |

**O R D E R**

On February 25, 2020, the magistrate judge issued a Report and Recommendation (Docket No. 42), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for Summary Judgment filed by the only remaining defendant, Scott Schuch, (Docket No. 33) is GRANTED, and this case is DISMISSED WITH PREJUDICE.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge